Dismissed and Memorandum Opinion filed July 12, 2007








Dismissed
and Memorandum Opinion filed July 12, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00901-CV

____________

 

ROBERT W. LAMBERTZ, Appellant

 

V.

 

ROBERT H. CUNNINGHAM, JR. and JIM
ROBINSON, Appellees 

 



 

On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No.
2005-64870-A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a summary judgment signed May 23, 2006.  On June 29, 2007,
appellant filed an unopposed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
12, 2007.

Panel consists of Chief Justice Hedges and Justices
Hudson and Guzman.